UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMROEUN MEAS,<br><br>  Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>  Defendant. | )<br>)  05-11726 RCL<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>)<br>) MAGISTRATE JUDGE _Dein_<br>)<br>) |

RECEIPT # 66411
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED
BY DPTY. CLK. Tom
DATE 8/22/05

### NOTICE OF REMOVAL

Defendant The Boeing Company ("Boeing"), by its attorneys, files this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446 and requests that this action be removed from the Superior Court of Suffolk County, Trial Court Department, Commonwealth of Massachusetts, to this Court. As reasons for removal, Boeing states as follows:

1.    Boeing is a defendant in a civil action brought in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 05-3312A, entitled *Chamroeun Meas v. The Boeing Company*. Copies of all process, pleadings, and orders served upon or by Boeing in the state court action are attached hereto as Exhibits A through C.

2.    The Complaint was served on Boeing on August 10, 2005, which was when Boeing first received notice of the Complaint. The Summons is attached hereto as Exhibit A. This notice is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

3.    The above-described action is one for which this Court has jurisdiction under 28 U.S.C. § 1332 and is removable under the provisions of 28 U.S.C. § 1441(a) and (b), in that there is complete diversity between the plaintiff and the defendant and the amount in controversy

00079538.DOC / 4

exceeds $75,000. See Plaintiff's Suffolk County Superior Court Civil Action Cover Sheet (Ex. B).

4. On information and belief and based on the allegations of the Complaint, the plaintiff, Chamroeun Meas, was, at the time this action was commenced and today, a citizen of Massachusetts. See Complaint (Ex. C) ¶ 1.

5. Boeing was, at the time this action was commenced, and still is, a corporation incorporated under the laws of the state of Delaware and has a principal place of business in the state of Washington.

6. Suffolk County, Massachusetts, where the pending action was originally filed, is within the geographic boundaries of the United States District Court for the District of Massachusetts. See 28 U.S.C. § 101.

7. Pursuant to Local Rule 81.1(a), Boeing shall request from the Clerk of the Suffolk County Superior Court certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein and shall file the same with this Court within thirty days after filing of this Notice.

8. Pursuant to 28 U.S.C. § 1446(d), Boeing shall give written notice of this removal to the plaintiff and shall file a copy of this notice with the Clerk of the Suffolk County Superior Court which shall effect the removal, and the state court shall proceed no further unless and until the case is remanded.

WHEREFORE, Boeing prays that this action now pending in the Suffolk Superior Court for the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

The Boeing Company

By its Attorneys,

*/s/ Robert J. Muldoon, Jr.*
Robert J. Muldoon, Jr. (BBO #359480)
Katy E. Koski (BBO #650613)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel:
Scott F. Seablom
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
(206) 359-8636

Dated: August 19, 2005

### CERTIFICATE OF SERVICE

I certify that on this date I served a true copy of this document upon all attorneys of record by mail.

Dated: August 19, 2005                                  */s/ Robert J. Muldoon, Jr.*

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. SUCV2005- 3312

Chamroeun Meas
_____, Plaintiff(s)

v.

The Boing Company
_____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Thomas Stylianos, Jr.
plaintiff's attorney, whose address is 287 Appleton St., Lowell MA 01852, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the 4th day of August, in the year of our Lord two thousand and five.

Michael Joseph Donovan
Clerk/Magistrate

A true copy Attest:
Deputy Sheriff Suffolk County

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 200___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated:_____, 200___.    _____

**N.B. TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

|                                    , 200 . |
|---------------------------------------------|

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. _____

_____, Plff(s).

v.

_____, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: Suffolk | Docket Number: SUCV2005- 3312 |
|---|---|---|
| **PLAINTIFF(S)** Chamroeun Meas | **DEFENDANT(S)** The Boeng Company | |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Thomas Stylianos, Jr. - Thomas Stylianos, Jr., Attorney at Law Thomas Stylianos, Jr., Attorney at Law, 287 Appleton Street, Lowell, MA 01852 - 978-459-5000 Board of Bar Overseers Number 565941 | ATTORNEY (if known) | |

### Origin-code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup. Ct. C. 231, s. 104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup. Ct. C. 231, s. 102C (X)
- ☐ 4. F04 District Court Appeal c. 231, s. 97 & 104 (After trial)  (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/ Order (Mass. R. Civ. P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Tort - Product Liability | ( A ) | ( Y ) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses.................................................. est............................................ $ 1,000.00
2. Total Doctor expenses.................................................... est............................................ $ 2,500.00
3. Total chiropractic expenses........................................................................................... $ 0.00
4. Total physical therapy expenses.................................... est............................................ $ 2,500.00
5. Total other expenses..................................................................................................... $ 0.00
   Subtotal $ 6,000.00
B. Documented lost wages and compensation to date............. est............................................ $ 2,500.00
C. Documented property damages to date................................................................................ $ 0.00
D. Reasonable anticipated future medical and hospital expenses............................................. $ 0.00
E. Reasonable anticipaged lost wages...................................................................................... $ 0.00
F. Other documented items of damages (describe):
   $ 0.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe):
   Amputation of tip of finger. Loss of function, Lost wages, pain and suffering, loss of enjoyment of lige, continued pain and suffering.
   $ 91,500.00
   TOTAL $ 100,000.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT:

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of various methods."

Signature of Attorney of Record _____    DATE: 8/3/2005

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss

TRIAL DEPARTMENT
SUFFOLK SUPERIOR COURT
Docket No.: **SUCV2005- 3 3 1 2**

| | |
|---|---|
| CHAMROEUM MEAS,<br>Plaintiff<br>v.<br>THE BOEING COMPANY,<br>Defendant | **COMPLAINT**<br>and<br>**JURY DEMAND** |

### PARTIES

1. The Plaintiff was Chamroeun Meas of 46 Shepard Street, Lynn, MA 01902, Essex County.

2. The Defendant is The Boeing Company a Delaware Corporation whose agent for service of process is Corporation Service Company 84 State Street Boston MA 02109, Suffolk County.

### COUNT 1

3. On or about August 5, 2002, Plaintiff Chamroeum Meas was employed by Sky Chief. Part of his job was to load food onto aircraft at Logan Airport in East Boston, Suffolk County Massachusetts. On August 5, 2002, while in the course of his employment, Plaintiff needed to close the rear door of an aircraft manufactured by the defendant, The Boeing Company. Because of the negligent design of the door the Plaintiff Chamroeum Meas was required to have one hand inside the aircraft and one hand out side the aircraft to close the door. The negligent design of the aircraft door, caused the tip of the right ring finger of the plaintiff, Chamroeum Meas, to become caught in the door. The Door crushed and amputated the last half inch of the Plaintiff, Chamroeum Meas', finger.

4. The Defendant's negligently designed door was over 50% at fault in the accident.

5. The Defendant's negligence was the proximate and direct cause of injuries to the Plaintiff.

6. As a direct and proximate result of the Defendant's negligence, the Plaintiffs suffered damages including bodily injury, medical expense's loss of earnings and earning capacity and pain and suffering.

Now Therefore the Plaintiff demands judgement in an amount that this Honorable Court finds meet and just as well as interest as allowed by law.

7. A jury trial is demanded on all matters by the Plaintiff.

Respectfully submitted,
by his attorney,

Thomas Stylianos, Jr. (565941)
287 Appleton Street
Lowell, MA 01852
Tel.: (978) 459-5000
FAX (978) 459-3079

Dated: August 3, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)  Chamroeun Meas v. The Boeing Company

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases
   - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]    NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]    NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]    NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]    NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]    NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]     Central Division [ ]     Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [X]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]    NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Robert J. Muldoon, Jr., Sherin and Lodgen LLP
ADDRESS    101 Federal Street, Boston, MA 02110
TELEPHONE NO.    617-646-2000

(CategoryForm.wpd - 5/2/05)

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MEAS, CHAMROEUN

**(b)** County of Residence of First Listed Plaintiff    ESSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
THOMAS STYLIANOS, JR., 287 APPLETON STREET,
LOWELL, MA 01852; 978-459-5000

## DEFENDANTS
THE BOEING COMPANY

County of Residence of First Listed Defendant    OUT-OF-STATE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
SHERIN AND LODGEN, LLP, 101 FEDERAL STREET,
BOSTON, MA 02110; 617-646-2000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 U.S.C. Sec. 1332**
Brief description of cause:
Product Liability suit by in-state individual against out-of-state airplane manufacturer

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **$100,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: **AUGUST 19, 2005**
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____