UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMROEUN MEAS, </br></br>  Plaintiff, </br></br> v. </br></br> THE BOEING COMPANY, </br></br>  Defendant. | CIVIL ACTION NO. 05-11726-RCL |

**DEFENDANT THE BOEING COMPANY'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant The Boeing Company ("Boeing"), by and through its attorneys, Sherin and Lodgen LLP, provides the following notification in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3:

- Boeing does not have a parent company.
- No publicly held corporation owns 10% or more of Boeing's stock. State Street Bank & Trust is the trustee for the various Boeing employees' investment plans and beneficially owns more than 10% of Boeing's stock. State Street Bank & Trust is a subsidiary of State Street Corporation, which is a publicly traded corporation.

THE BOEING COMPANY

By its Attorneys,

/s/ Robert J. Muldoon, Jr.
Robert J. Muldoon, Jr. (BBO #359480)
Katy E. Koski (BBO #650613)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

- 2 -

        Of Counsel:

        Scott F. Seablom
        Perkins Coie LLP
        1201 Third Avenue, Suite 4800
        Seattle, WA 98101
        (206) 359-8636

Dated: August 30, 2005