*Suffolk Superior Civil # 05-3312*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
CHAMROEUN MEAS,                 )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )
THE BOEING COMPANY,             )
                                )
        Defendant.              )
_____ )
```

I hereby certify that the foregoing document is a true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on 9/14/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____ Deputy Clerk

## NOTICE OF REMOVAL

Defendant The Boeing Company ("Boeing"), by its attorneys, files this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446 and requests that this action be removed from the Superior Court of Suffolk County, Trial Court Department, Commonwealth of Massachusetts, to this Court. As reasons for removal, Boeing states as follows:

1. Boeing is a defendant in a civil action brought in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 05-3312A, entitled *Chamroeun Meas v. The Boeing Company*. Copies of all process, pleadings, and orders served upon or by Boeing in the state court action are attached hereto as Exhibits A through C.

2. The Complaint was served on Boeing on August 10, 2005, which was when Boeing first received notice of the Complaint. The Summons is attached hereto as Exhibit A. This notice is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

3. The above-described action is one for which this Court has jurisdiction under 28 U.S.C. § 1332 and is removable under the provisions of 28 U.S.C. § 1441(a) and (b), in that there is complete diversity between the plaintiff and the defendant and the amount in controversy

exceeds $75,000. See Plaintiff's Suffolk County Superior Court Civil Action Cover Sheet (Ex. B).

4. On information and belief and based on the allegations of the Complaint, the plaintiff, Chamroeun Meas, was, at the time this action was commenced and today, a citizen of Massachusetts. See Complaint (Ex. C) ¶ 1.

5. Boeing was, at the time this action was commenced, and still is, a corporation incorporated under the laws of the state of Delaware and has a principal place of business in the state of Washington.

6. Suffolk County, Massachusetts, where the pending action was originally filed, is within the geographic boundaries of the United States District Court for the District of Massachusetts. See 28 U.S.C. § 101.

7. Pursuant to Local Rule 81.1(a), Boeing shall request from the Clerk of the Suffolk County Superior Court certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein and shall file the same with this Court within thirty days after filing of this Notice.

8. Pursuant to 28 U.S.C. § 1446(d), Boeing shall give written notice of this removal to the plaintiff and shall file a copy of this notice with the Clerk of the Suffolk County Superior Court which shall effect the removal, and the state court shall proceed no further unless and until the case is remanded.

WHEREFORE, Boeing prays that this action now pending in the Suffolk Superior Court for the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

The Boeing Company

By its Attorneys,

*/s/ Robert J. Muldoon, Jr.*
Robert J. Muldoon, Jr. (BBO #359480)
Katy E. Koski (BBO #650613)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel:
Scott F. Seablom
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
(206) 359-8636

Dated: August 19, 2005

### CERTIFICATE OF SERVICE

I certify that on this date I served a true copy of this document upon all attorneys of record by mail.

Dated: August 19, 2005           */s/ Robert J. Muldoon, Jr.*



COMMONWEALTH OF MASSACHUSETTS

TRIAL DEPARTMENT
SUFFOLK SUPERIOR COURT

|  |  |
|---|---|
| CHAMROEUN MEAS, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) | CIVIL ACTION NO. 05-3312A |
| v. ) |  |
| ) |  |
| THE BOEING COMPANY, ) |  |
| ) |  |
| Defendant. ) |  |

MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE
2005 AUG 22 P 2: 34
SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE CLERK OF THE SUFFOLK SUPERIOR COURT:

Please take notice that on August 19, 2005, the Defendant The Boeing Company filed a Notice of Removal in the above-captioned case to the United States District Court for the District of Massachusetts. A date-stamped copy of the Notice of Removal is enclosed herewith.

Respectfully submitted,

The Boeing Company

By its Attorneys,

*/s/ Robert J. Muldoon*

Robert J. Muldoon, Jr. (BBO #359480)
Katy E. Koski (BBO #650613)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

00079542.DOC / 3

Of Counsel:

Scott F. Seablom
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
(206) 359-8636

Dated: August 22, 2005

## CERTIFICATE OF SERVICE

I certify that on this date I served a true copy of this document upon all attorneys of record by mail.

Dated: August 22, 2005

- 2 -

00079542.DOC / 3

MASXP-20050325                                                                                                                08/22/2005
guen                                                                                                                          03:39 PM

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

### SUCV2005-03312
### Meas v Boeing Company

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/04/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 08/22/2005 | **Session** | A - Civil A, 3 Pemberton Square, Boston | | |
| **Origin** | 1 | **Case Type** | B05 - Products liability | | |
| **Lead Case** | | **Track** | A | | |
| **Service** | 11/02/2005 | **Answer** | 01/01/2006 | **Rule12/19/20** | 01/01/2006 |
| **Rule 15** | 10/28/2006 | **Discovery** | 09/23/2007 | **Rule 56** | 11/22/2007 |
| **Final PTC** | 03/21/2008 | **Disposition** | 08/03/2008 | **Jury Trial** | Yes |

#### PARTIES

**Plaintiff**
Chamroeum Meas
Active 08/04/2005

**Private Counsel 565941**
Thomas Stylianos Jr
287 Appleton Street
Lowell, MA 01852
Phone: 978-459-5000
Fax: 978-459-3079
Active 08/04/2005 Notify

**Defendant**
Boeing Company
Served: 08/10/2005
Served (answr pending) 08/16/2005

**Private Counsel 359480**
Robert J Muldoon Jr
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
Phone: 617-646-2000
Fax: 617-646-2222
Active 08/22/2005 Notify

**Private Counsel 650613**
Katy E Koski
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
Phone: 617-646-2000
Fax: 617-646-2222
Active 08/22/2005 Notify

I HEREBY ATTEST AND CERTIFY ON
AUGUST 22, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _/s/_ 

ASSISTANT CLERK.

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/04/2005 | 1.0 | Complaint filed with request for trial by jury all matters |
| 08/04/2005 | | Origin 1, Type B05, Track A. |
| 08/04/2005 | 2.0 | Civil action cover sheet filed |
| 08/16/2005 | 3.0 | SERVICE RETURNED: Boeing Company(Defendant) in hand to Bernardo Montanez |
| 08/22/2005 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. The Boeing Company U. S. Dist.#(05-11726RCL). |
| 08/22/2005 | | Case REMOVED this date to US District Court of Massachusetts |

#### EVENTS

**1**

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss

TRIAL DEPARTMENT
SUFFOLK SUPERIOR COURT
Docket No.: SUCV2005-
05-3312 A

| CHAMROEUM MEAS, Plaintiff v. THE BOEING COMPANY, Defendant |
|---|

**COMPLAINT**
and
**JURY DEMAND**

## PARTIES

1. The Plaintiff was Chamroeun Meas of 46 Shepard Street, Lynn, MA 01902, Essex County.

2. The Defendant is The Boeing Company a Delaware Corporation whose agent for service of process is Corporation Service Company 84 State Street Boston MA 02109, Suffolk County.

## COUNT 1

3. On or about August 5, 2002, Plaintiff Chamroeum Meas was employed by Sky Chief. Part of his job was to load food onto aircraft at Logan Airport in East Boston, Suffolk County Massachusetts. On August 5, 2002, while in the course of his employment, Plaintiff needed to close the rear door of an aircraft manufactured by the defendant, The Boeing Company. Because of the negligent design of the door the Plaintiff Chamroeum Meas was required to have one hand inside the aircraft and one hand outside the aircraft to close the door. The negligent design of the aircraft door, caused the tip of the right ring finger of the plaintiff, Chamroeum Meas, to become caught in the door. The Door crushed and amputated the last half inch of the Plaintiff, Chamroeum Meas', finger.

4. The Defendant's negligently designed door was over 50% at fault in the accident.

5. The Defendant's negligence was the proximate and direct cause of injuries to the Plaintiff.

6. As a direct and proximate result of the Defendant's negligence, the Plaintiffs suffered damages including bodily injury, medical expense's loss of earnings and earning capacity and pain and suffering.

Now Therefore the Plaintiff demands judgement in an amount that this Honorable Court finds meet and just as well as interest as allowed by law.

7. A jury trial is demanded on all matters by the Plaintiff.

Respectfully submitted,
by his attorney,

Thomas Stylianos, Jr. (565941)
287 Appleton Street
Lowell, MA 01852
Tel.: (978) 459-5000
FAX (978) 459-3079

Dated: August 3, 2005

I HEREBY ATTEST AND CERTIFY ON AUGUST 22, 2005, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

ASSISTANT CLERK.

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts<br>SUPERIOR COURT DEPARTMENT<br>County: Suffolk | Docket Number:<br>SUCV2005-<br>05-3312 |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Chamroeun Meas | The Boeng Company |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| Thomas Stylianos, Jr. - Thomas Stylianos, Jr., Attorney at Law<br>Thomas Stylianos, Jr., Attorney at Law, 287 Appleton Street, Lowell, MA 01852 - 978-459-5000<br>Board of Bar Overseers Number   565941 | |

### Origin-code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup. Ct. C. 231, s. 104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup. Ct. C. 231, s. 102C (X)
- [ ] 4. F04 District Court Appeal c. 231, s. 97 & 104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/ Order (Mass. R. Civ. P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Tort - Product Liability | ( A ) | ( Y ) Yes     ( ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses............................................est.............$ 1,000.00
2. Total Doctor expenses..............................................est.............$ 2,500.00
3. Total chiropractic expenses......................................................$ 0.00
4. Total physical therapy expenses..............................est.............$ 2,500.00
5. Total other expenses................................................................$ 0.00
     Subtotal $ 6,000.00
B. Documented lost wages and compensation to date..................est..........$ 2,500.00
C. Documented property damages to date...........................................$ 0.00
D. Reasonable anticipated future medical and hospital expenses..............$ 0.00
E. Reasonable anticipaged lost wages................................................$ 0.00
F. Other documented items of damages (describe):
   $ 0.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe):
   Amputation of tip of finger. Loss of function, Lost wages, pain and suffering, loss of enjoyment of lige, continued pain and suffering.
   $ 91,500.00
   TOTAL  $ 100,000.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL  $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT:

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of various methods."

Signature of Attorney of Record _____     DATE: 8/3/2005

I HEREBY ATTEST AND CERTIFY ON
AUGUST 22, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

ASSISTANT CLERK.

## CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| | CONTRACT | | | REAL PROPERTY | | | MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|---|
| A01 | Services, labor and materials | (F) | C01 | Land Taking (eminent domain) | (F) | E02 | Appeal from Administrative Agency, G.L.c.30A | (X) |
| A02 | Goods sold and delivered | (F) | C02 | Zoning Appeal, G.L.c.40A | (F) | E03 | Action against Commonwealth /Municipality, G.L.c.258 | (A) |
| A03 | Commercial Paper | (F) | C03 | Dispute Concerning Title | (F) | E05 | All Arbitration | (X) |
| A08 | Sale or lease of real estate | (F) | C04 | Foreclosure of Mortgage | (X) | E07 | G.L.c.112, s.12S (Mary Moe) | (X) |
| A12 | Construction Dispute | (A) | C05 | Condominium lien & charges | (X) | E08 | Appointment of Receiver | (X) |
| A99 | Other (Specify) | (F) | C99 | Other (Specify) | (X) | E09 | General Contractor bond, G.L.c.149, s.29, 29A | (A) |
| | **TORT** | | | **EQUITABLE REMEDIES** | | E11 | Workers' Compensation | (X) |
| B03 | Motor Vehicle Negligence- Personal Injury/Property Damage | (F) | D01 | Specific performance of contract | (A) | E12 | G.L.c.123A, s.12 (SDP Commitment) | (X) |
| | | | D02 | Reach and Apply | (F) | E14 | G.L.c.123A, s.9 (SDP Petition) | (X) |
| B04 | Other Negligence- Personal Injury/Property Damage | (F) | D06 | Contribution or Indemnification | (F) | E15 | Abuse Petition, G.L.c.209A | (X) |
| | | | D07 | Imposition of Trust | (A) | E16 | Auto Surcharge Appeal | (X) |
| B05 | Products Liability | (A) | D08 | Minority Stockholder's Suit | (A) | E17 | Civil Rights Act, G.L.c.12, s.11H | (A) |
| B06 | Malpractice-Medical | (A) | D10 | Accounting | (A) | E18 | Foreign Discovery Proceeding | (X) |
| B07 | Malpractice-Other (Specify) | (A) | D12 | Dissolution of Partnership | (F) | E19 | Sex Offender Registry, G.L.c. 178M, s.6 | (X) |
| B08 | Wrongful death, G.L.c.229, s.2A | (A) | D13 | Declaratory Judgment, G.L.c. 231A | (A) | E25 | Pleural Registry (Asbestos cases) | |
| B15 | Defamation (Libel-Slander) | (A) | D99 | Other (Specify) | (F) | E95 | Forfeiture, G.L.c.94C, s.47 | (F) |
| B19 | Asbestos | (A) | | | | E96 | Prisoner Cases | (F) |
| B20 | Personal Injury-Slip & Fall | (F) | | | | E97 | Prisoner Habeas Corpus | (X) |
| B21 | Environmental | (F) | | | | E99 | Other (Specify) | (X) |
| B22 | Employment Discrimination | (F) | | | | | | |
| B99 | Other (Specify) | (F) | | | | | | |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | ☐ Yes ☐ No |

## SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF.** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, **where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).**

**DUTY OF THE DEFENDANT.** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.**

**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. SUCV2005- 3312

Chamroeun Meas
_____, Plaintiff(s)

v.

The Boing Company
_____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Thomas Stylianos, Jr. plaintiff's attorney, whose address is 287 Appleton St., Lowell MA 01852 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the 4th day of August , in the year of our Lord two thousand and five .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
AUGUST 22, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY_____

ASSISTANT CLERK.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. _____

_____, Plff(s).

v.

_____, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

05/18/883

[ _____, 200__ ]

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

**N.B.   TO PROCESS SERVER:—**

August 11, 2005

I hereby certify and return that on 8/10/2005 at 2:50PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez,Process clerk,agent at the time of service for The Boing Company, at c/o Corp Service Company, 84 State Street. Boston, MA 02109. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Trial Charges
$37.00

Deputy Sheriff John Cotter          _____ Deputy Sheriff


Suffolk, ss.

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**