COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss

United States District Court
District of Massachusetts

C.A. No.: 05-11726-RCL

CHAMROEUM MEAS,
Plaintiff
v.
THE BOEING COMPANY.,
Defendant

**Rule 26 statement**

Economic Losses

The Plaintiff has not suffered any direct economic losses all his medical bills and time lost from work were paid by workmens compensation insurance.
The plaintiff seeks damages for pain and suffered and loss of function caused by the loss of the tip of his right ring finger.
Specifically the plaintiff states that he still suffers intermittent pain in his finger.
He also states that the loss of his finger causes him difficulty writing and doing other manual tasks.

Witnesses

The plaintiff believes that record from the following organizations contain information about the incident:

Skychef Located locally at 18 Logan Way Airport Boston Massachusetts
We also believe that a Skychef employee named "Jaffar" was the first person on the scene after the accident.

USAir

Massachusetts General Hospital 55 Fruit Street Boston Massachusetts.

Liberty Mutual Group Workmens compensation division

Person the defendant believes are witnesses

Murray Goodman, MD 9 Colby Street Salem MA.

David Peak MD of Massachusetts General Hospital

Stefan Jibodh MD of Massachusetts General Hospital

Arkadiy Demainczuk MD of Massachusetts General Hospital

I, Larry Colby, on information and belief certify that the above are all the information that are in our possession. Signed under the penalties of perjury

_____
Larry J. Colby (5554489)
287 Appleton Street
Lowell, MA 01852
Tel.: (978) 459-5000
FAX (978) 459-3079

Dated: OctOber 11, 2005

CERTIFICATE OF SERVICE

I, Larry Colby Esq. State that I mailed, first class post prepaid, and faxed a copy of the foregoing upon the Defendant's counsel of record by sending and faxing same to Katy E. Koski Esq. Sherin and Lodgen LLP 101 Federal Street, Boston, MA 02110 Fax (617) 646-2222 On October 11, 2005.

_____
Larry Colby