FILED
IN CLERKS OFFICE

COMMONWEALTH OF MASSACHUSETTS 2005 NOV 28 P 12: 45

Middlesex, ss

USDC MASSACHUSETTS
DISTRICT COURT
CA # 05-11726-RCL

| CHAMROEUM MEAS,<br>Plaintiff<br>v.<br>THE BOEING COMPANY.,<br>Defendant |
|---|

**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**

The parties hereby stipulate to the dismissal of this action with prejudice, without attorney's fees or costs, all rights of appeal waived.

Chameroeun Meas
by his attorney,

*/s/ Thomas Stylianos/*
Thomas Stylianos, Jr. (565941)
287 Appleton Street
Lowell, MA 01852
Tel.: (978) 459-5000

The Boeing Company
By its Attorney

*/s/ Katy E Koski/*
Katy E Koski
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-~~2222~~ 2000

Dated: 11/28/05